UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
SHAKUR WINGATE,

                              Plaintiff,                    **NOTICE OF MOTION**

            - against -                                9:25-cv-00207
                                                      (BKS/TWD)
DR. IMTIAZ SAMAD; DR. SUBBARAO
RAMINENI; MICHELLE CHERI; and
JOHN/JANE DOES 1-5,

                              Defendants.
-------------------------------------------------------------------- X

| | |
|---|---|
| Motion By: | LETITIA JAMES<br>Attorney General of the State of New York<br>Attorney for Defendant Defendants IMTIAZ SAMAD, M.D.; SUBBARAO RAMINENI, M.D.; and MICHELLE CHERI, R.N.<br><br>By: JONATHAN P. PILAT, ESQ.<br>Assistant Attorney General, of Counsel<br>Bar Roll No. 706085 |
| Time and Place of Hearing: | _____, at _____ a.m./p.m. before Chief District Court Judge Brenda K. Sannes to be held at the United States District Courthouse in Syracuse, New York, **upon submission only.** |
| Relief and Basis: | An Order pursuant to F.R.C.P. 12(b)(6) dismissing plaintiff's Complaint in its entirety, with prejudice, and for such other and further relief as the Court deems just and proper. |
| Supporting Papers: | Attorney Declaration of Jonathan P. Pilat, Esq.; and Defendants' Memorandum of Law. |

Dated: Syracuse, New York
June 13, 2025

        LETITIA JAMES
        Attorney General of the State of New York
        Attorney for Defendants
        300 S. State Street, Suite 300
        Syracuse, New York 13202

By: _____
        JONATHAN P. PILAT, ESQ., *of counsel*
        Assistant Attorney General
        Bar Roll No. 706085
        Telephone: (315) 448-4800
        Fax: (315) 448-4853
        Email: jonathan.pilat@ag.ny.gov

To: Hon. Therese Wiley Dancks
     United States District Court
     Northern District of New York
     U.S. District Court
     100 S. Clinton Street
     Syracuse, NY 13261

     Stephanie Panousieris, Esq.
     Rickner, PLLC
     14 Wall St, Suite 1603
     New York, NY 10005